B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan-Northern Division

In re **Elgin Enterprises, Inc. dba Arby's of Alpena**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wells Fargo** **Payment Remittance Center** **P.O. Box 6426** **Carol Stream, IL 60197** | **Wells Fargo** **Payment Remittance Center** **P.O. Box 6426** **Carol Stream, IL 60197** | **Business Credit Card** | | 28,975.09 |
| **PNC Bank** **P.O. Box 856177** **Louisville, KY 40285** | **PNC Bank** **P.O. Box 856177** **Louisville, KY 40285** | **Business Credit Card** | | 13,545.95 |
| **Capital One Bank** **P.O. Box 60599** **City of Industry, CA 91716** | **Capital One Bank** **P.O. Box 60599** **City of Industry, CA 91716** | **Business Credit Card** | | 12,331.37 |
| **MBM Corp.** **Dept. 1547** **P.O. Box 11407** **Birmingham, AL 35246** | **MBM Corp.** **Dept. 1547** **P.O. Box 11407** **Birmingham, AL 35246** | **Business Debt** | | 8,000.00 |
| **Capital One Bank** **P.O. Box 60599** **City of Industry, CA 91716** | **Capital One Bank** **P.O. Box 60599** **City of Industry, CA 91716** | **Business Credit Card** | | 3,491.69 |
| **Aunt Millies Bakery** **P.O. Box 13095** **Fort Wayne, IN 46867** | **Aunt Millies Bakery** **P.O. Box 13095** **Fort Wayne, IN 46867** | **Business Debt** | | 1,600.00 |
| **Pepsi Corp.** **P.O. Box 75948** **Chicago, IL 60675** | **Pepsi Corp.** **P.O. Box 75948** **Chicago, IL 60675** | **Business Debt** | | 500.00 |
| **WHSB Radio** **1491 M 32 W.** **Alpena, MI 49707** | **WHSB Radio** **1491 M 32 W.** **Alpena, MI 49707** | **Business Debt** | | 400.00 |
| **Waste Management** **48797 Alpha Dr., Ste. 150** **Wixom, MI 48393** | **Waste Management** **48797 Alpha Dr., Ste. 150** **Wixom, MI 48393** | **Business Debt** | | 300.00 |
| **Alpena News** **130 Park Place** **Box 367** **Alpena, MI 49707** | **Alpena News** **130 Park Place** **Box 367** **Alpena, MI 49707** | **Business Debt** | | 300.00 |
| **Staples Credit Plan** **P.O. Box 689020** **Des Moines, IA 50368-9020** | **Staples Credit Plan** **P.O. Box 689020** **Des Moines, IA 50368-9020** | **Business Office Supplies** | | 232.51 |

B4 (Official Form 4) (12/07) - Cont.

In re **Elgin Enterprises, Inc. dba Arby's of Alpena**                Case No. _____
            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Marlin Leasing<br>P.O. Box 13604<br>Philadelphia, PA 19101 | Marlin Leasing<br>P.O. Box 13604<br>Philadelphia, PA 19101 | Business Debt | | 200.00 |
| Thompson Linen<br>4200 Manchester Rd.<br>Kalamazoo, MI 49001 | Thompson Linen<br>4200 Manchester Rd.<br>Kalamazoo, MI 49001 | Business Debt | | 60.00 |
| Truegreen Chem Lawn<br>P.O. Box 87<br>Williamsburg, MI 49690 | Truegreen Chem Lawn<br>P.O. Box 87<br>Williamsburg, MI 49690 | Business Debt | | 30.00 |
| Weinkauff Plumbing<br>1411 M-32 W.<br>Alpena, MI 49707 | Weinkauff Plumbing<br>1411 M-32 W.<br>Alpena, MI 49707 | Business Debt | | 1.00 |
| Northern Fire & Safety<br>1798 Northern Star Dr.<br>Traverse City, MI 49686 | Northern Fire & Safety<br>1798 Northern Star Dr.<br>Traverse City, MI 49686 | Business Debt | | 1.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 31, 2011**         Signature **/s/ Gary J. Dodd**
                                        **Gary J. Dodd**
                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy